AUSA Anthony P. Ferrara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | COMPLAINT |
|  | : |  |
|  | : | Violation of 18 U.S.C. § 2251(a) |
| -v- | : | and (e) |
|  | : |  |
| BRYAN CRUZ SOLANO, | : | COUNTY OF OFFENSE: |
|  | : | Orange |
| Defendant. | : |  |
|  | : |  |

------------------------------------------------------- X

SOUTHERN DISTRICT OF NEW YORK, ss.:

BRAD Z. RUGGIERI, being duly sworn, deposes and says that he is a Task Force Officer with the Federal Bureau of Investigation ("FBI") and charges as follows:

## COUNT ONE
### (Sexual Exploitation of a Child)

1.      From in or about March 2025 up and including in or about April 2026, in the Southern District of New York and elsewhere, BRYAN CRUZ SOLANO, the defendant, employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, CRUZ SOLANO, while in Orange County, New York, engaged in sexual activity with a 12-year-old minor and videorecorded the sexual activity using a cellphone.

(Title 18, United States Code, Sections 2251(a) and (e))

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2.   I am a Task Force Officer with the FBI, as well as a Postal Inspector with the United States Postal Inspection Service ("USPIS"). I have been a Postal Inspector for approximately 12 years and have been a Task Force Officer with the FBI for approximately three years. During my time in law enforcement, I have participated in a number of investigations into the sexual exploitation of children and the production, receipt, possession, and/or distribution of

child pornography by electronic means. I have gained expertise in these areas through training and daily work related to conducting and participating in these types of investigations.

3. I have been personally involved in the investigation of this matter. This affidavit is based upon my conversations with law enforcement agents, including members of the New York State Police ("NYSP"), and others, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based on my participation in the interview of an individual ("Witness-1") with other members of law enforcement, on or about May 1, 2026, I am aware that, among other things, that Witness-1 stated, in substance and in part:

      a.    BRYAN CRUZ SOLANO, the defendant, has sent child pornography to Witness-1's Apple iPhone ("Phone-1"), including videos depicting CRUZ SOLANO engaging in sexual acts with █████████████ ("Victim-1").

      b.    The videos sent by CRUZ SOLANO included depictions of Victim-1 stroking CRUZ SOLANO's penis and performing oral sex on CRUZ SOLANO.

      c.    Witness-1 saved CRUZ SOLANO's phone number in Phone-1 as "Santi School."

5. Based on my discussions with other members of law enforcement, including an NYSP investigator ("Investigator-1"), I am aware that Investigator-1 searched Phone-1 pursuant a search warrant duly issued in the state of New York ("Warrant-1") and pursuant to the consent of Witness-1, and Phone-1 contains, among other things, what appears to be a recording of a video on another device, dated on or about March 16, 2025, depicting a prepubescent female's hands stroking the erect penis of an adult male ("Video-1"). At the end of the recording, the video transitions to an electronic messaging conversation on Snapchat, which includes, in substance and in part, the account name "lil_cruzyyyy" and a statement that the video is of "him and █████"

6. Based on my discussions with other members of law enforcement, including Investigator-1, I am aware that:

      a.    Witness-1 signed a Consent to Assume Online Identity form permitting law enforcement, including NYSP officers, to, among other things, use his Telegram account to communicate with others.

      b.    On or about May 4, 2026, and through on or about at least May 8, 2026, Investigator-1 used Witness-1's Telegram account in Phone-1 to contact "Santi School," the name that Witness-1 had identified and saved in Phone-1 for the phone number belonging to CRUZ SOLANO, the defendant.

     c.    Over the course of several messages, the "Santi School" username stated, in substance and in part: (i) that he has "new stuff" of himself and ██████ and indicated that he wanted to "trade"; (ii) to "make sure to sent [sic] babies"; and (iii) that he would not send content without first receiving child pornography from Witness-1.

7.    On or about May 8, 2026, I, along with other members of law enforcement, executed a search and seizure warrant, duly authorized by the Honorable Thomas O. Farrish, United States Magistrate Judge, District of Connecticut ("Warrant-2"), at the residence of BRYAN CRUZ SOLANO, the defendant. Based on my participation in the search, conversations with other members of law enforcement, and review of law enforcement records, I am aware that, among other things, during the course of the execution of the search warrant, CRUZ SOLANO surrendered his cellular telephone, described as a white Apple iPhone 13 in a purple cellphone case ("Phone-2"), and provided the passcode for Phone-2.

8.    Based on my discussion with law enforcement, including discussions with a Special Agent of the FBI ("Agent-1") and my review of records, I am aware that Agent-1 conducted a search and review of Phone-2 pursuant to the consent of BRYAN CRUZ SOLANO, the defendant, which led to the discovery of a video ("Video-2") depicting, in substance and in part, the following:

     a.    Video-2 includes a screen-recording of a FaceTime video call between CRUZ SOLANO, the defendant, and a close-up image of the exposed vagina of a prepubescent female who, as described below based on the voluntary statements of CRUZ SOLANO, was identified as Victim-1.

     b.    The screen-recording moves to a text messages conversation between CRUZ SOLANO and Victim-1. In the messages, CRUZ SOLANO directs Victim-1 to "show ur [sic] butt more."

     c.    Victim-1 asks in the messages, "But if I do this will you buy me the thing," to which CRUZ SOLANO responds, "Yeah," which, as described below based on the voluntary statements of CRUZ SOLANO, referred to CRUZ SOLANO agreeing to purchase a certain hair dryer from TikTok in exchange for Victim-1 producing this child pornography video.

     d.    Thereafter, as the screen-recording continues, it transitions back to the FaceTime video call, during which Victim-1 exposes her vagina, her bare buttocks, and her anus, as directed by CRUZ SOLANO.

9.    On or about May 8, 2026, BRYAN CRUZ SOLANO, the defendant, consented to a voluntary interview by law enforcement. I participated in that interview, during which CRUZ SOLANO stated, in substance and in part:

     a.    CRUZ SOLANO engaged in sexual acts with Victim-1, ██████ ██, on approximately 25 occasions within approximately the last year, including at least until approximately two to three weeks ago.

     b.    CRUZ SOLANO video-recorded approximately five of these occasions of sexual acts with Victim-1 and transmitted the videos to Witness-1 each time, including three

3

times involving Victim-1 stroking CRUZ SOLANO's penis with her hand and two times involving Victim-1 performing oral sex on CRUZ SOLANO.

     c.    Each of these five incidents occurred ██████████████ in Middletown, New York.

     d.    These videos were recorded by CRUZ SOLANO on CRUZ SOLANO's Phone-2.

     e.    On approximately 20 occasions, CRUZ SOLANO made a FaceTime video call to Witness-1, during which CRUZ SOLANO engaged in various sexual acts with Victim-1, while Witness-1 was on the video call.

     f.    CRUZ SOLANO used the Snapchat username "lil_cruzyyyy," the same Snapchat username that appeared, in substance and in part, in Video-1 described above.

10.    On or about May 9, 2026, BRYAN CRUZ SOLANO, the defendant, participated in an additional voluntary interview conduct by me and FBI Agent-1, and CRUZ SOLANO stated, in substance and in part, the following:

     a.    The prepubescent female that exposed her vagina, butt, and anus appearing in Video-2 is Victim-1.

     b.    The text messages that appear in Video-2 were exchanged between CRUZ SOLANO and Victim-1.

     c.    Victim-1 wanted CRUZ SOLANO to purchase a certain hair dryer from TikTok in exchange for Victim-1 producing the child pornography in Video-2.

     d.    Victim-1 was located in Middletown, New York during the FaceTime video call depicted in Video-2, while CRUZ SOLANO was located in Hartford, Connecticut.

11.    Based on my conversations with law enforcement, on or about May 9, 2026, BRYAN CRUZ SOLANO was arrested by the FBI in Hartford County, Connecticut, in the District of Connecticut, for the production of child pornography.

12.    Based on my experience in other investigations involving Apple iPhones and my review of publicly available information, I am aware that Apple iPhone telephones are manufactured outside of New York.

WHEREFORE, the deponent respectfully requests that BRYAN CRUZ SOLANO, the defendant, be imprisoned or bailed, as the case may be.

/s/ Brad Z. Ruggieri by JCM with permission

Brad Z. Ruggieri
Task Force Officer
Federal Bureau of Investigation

Sworn to me through the transmission of this
Complaint by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 41(d)(3) and 4.1, this
9th day of May, 2026

THE HONORABLE JUDITH C. McCARTHY
Chief United States Magistrate Judge
Southern District of New York